UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JAN 20 PM 2: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| LANDON DAVID PARKER, by next friends § <br> John Chauvet Parker and Cristin Parker, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CHRIS TRAYLOR, in his official capacity § <br> as COMMISSIONER, TEXAS § <br> DEPARTMENT OF AGING AND § <br> DISABILITY SERVICES, and TOM SUEHS, § <br> in his official capacity as EXECUTIVE § <br> COMMISSIONER, TEXAS HEALTH AND § <br> HUMAN SERVICES COMMISSION, § <br> Defendants. § | CIVIL ACTION NO.  1:11-cv-12-LY |

**ORDER ON JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

On January 7, 2011, and with notice, this Court reviewed Plaintiff's Motion for a Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure. Defendants agreed not to oppose entry of the Temporary Restraining Order while the parties seek to resolve this matter. The Court granted Plaintiff's motion and entered a Temporary Restraining Order, dated January 7, 2011. The parties now propose extending the Temporary Restraining Order through May 16, 2011, to allow the parties additional time to explore settlement possibilities and to conduct discovery should settlement not prove feasible. Accordingly, the Court finds that the requirements for a Temporary Restraining Order continue to be met and that an extension of the Temporary Restraining Order is appropriate.

THEREFORE IT IS ORDERED that the parties' Joint Motion to Extend Temporary Restraining Order is hereby GRANTED. It is further ORDERED that the Temporary Restraining Order, dated January 7, 2011, is hereby extended by agreement of the parties and shall remain in effect through May 16, 2011.

The hearing on Plaintiff's Motion for Preliminary Injunction is set for May 16, 2011, 2011, at 9:00 a.m.

The hearing previously set for January 21, 2011, at 9:00 a.m., is cancelled.

Signed on this 20th day of January, 2011.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE