UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LANDON DAVID PARKER, by next friends John Chauvet Parker and Cristin Parker, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO.  1:11-cv-12-LY |
| CHRIS TRAYLOR, in his official capacity as COMMISSIONER, TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES, and TOM SUEHS, in his official capacity as EXECUTIVE COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Defendants. | § § § § § § § § § § | |

### STEVEN P. ELLIOT'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

Steven P. Elliot asks this Court to allow him to withdraw as attorney in charge for Plaintiff.

#### A. Introduction

1. Plaintiff is Landon Parker; Defendants are Chris Traylor and Tom Suehs.

2. Plaintiff sued Defendants, alleging several causes of action related to Defendants' efforts to terminate his home-based nursing services.

#### B. Argument

3. There is good cause for this Court to grant the motion to withdraw because Steven P. Elliot is leaving the Disability Rights Texas law firm.

4. Matt Bachop will be substituted as the attorney in charge for Plaintiff.  His state bar number is 24055127; his office address is 7800 Shoal Creek Boulevard, Suite 142-S, Austin,

Texas 78757; his e-mail address is MBachop@disabilityrightstx.org; his telephone number is (512) 454-4816; and his fax number is (512) 302-4936.

5.  Plaintiff's guardians and next friends approve the substitution. The withdrawal and substitution will not delay these proceedings.

## C. Conclusion

6.  For these reasons, Steven P. Elliot asks this Court to grant his motion to withdraw and substitute Matt Bachop as attorney in charge for Plaintiff.

Respectfully submitted,

_____/s/_____

STEVEN P. ELLIOT
State Bar No. 24042619
MATT BACHOP
State Bar. No. 24055127

DISABILITY RIGHTS TEXAS
7800 Shoal Creek Boulevard, Suite 142-S
Austin, Texas 78757
(512) 454-4816 (Phone)
(512) 302-4936 (Fax)
E-mail: mbachop@advocacyinc.org
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

  I certify that on this 25th of February, 2011, I conferred with Mr. Eric Vinson, and he does not oppose Steven P. Elliot's Motion to Withdraw as Attorney in Charge.

              _____/s/_____
               STEVEN P. ELLIOT

**CERTIFICATE OF SERVICE**

  I certify that on this 25th of February, 2011, a true and correct copy of the foregoing document was sent, via the Court's ECF system, to Defendants' attorney of record, Mr. Eric Vinson.

              _____/s/_____
               STEVEN P. ELLIOT