UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LANDON DAVID PARKER, by next friends John Chauvet Parker and Cristin Parker, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO.   1:11-cv-12-LY |
| CHRIS TRAYLOR, in his official capacity as COMMISSIONER, TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES, and TOM SUEHS, in his official capacity as EXECUTIVE COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Defendants. | § § § § § § § § § § | |

**MATT BACHOP'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE**

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

Matt Bachop asks this Court to allow him to withdraw as attorney in charge for Plaintiff.

A. Introduction

1. Plaintiff is Landon Parker; Defendants are Chris Traylor and Tom Suehs.

2. Plaintiff sued Defendants, alleging several causes of action related to Defendants' efforts to terminate his home-based nursing services.

B. Argument

3. There is good cause for this Court to grant the motion to withdraw because Matt Bachop is leaving the Disability Rights Texas law firm.

4. Sean Jackson will be substituted as the attorney in charge for Plaintiff. His state bar number is 24057550; his office address is 1500 McGowen, Suite 100, Houston, Texas 77004; his

e-mail address is SJackson@disabilityrightstx.org; his telephone number is (713) 974-7691; and his fax number is (713) 974-7695.

5.  Plaintiff's guardians and next friends approve the substitution. The withdrawal and substitution will not delay these proceedings.

## C. Conclusion

6.  For these reasons, Matt Bachop asks this Court to grant his motion to withdraw and substitute Sean Jackson as attorney in charge for Plaintiff.

Respectfully submitted,

_____/s/_____

MATT BACHOP
State Bar. No. 24055127

DISABILITY RIGHTS TEXAS
7800 Shoal Creek Boulevard, Suite 142-S
Austin, Texas 78757
(512) 454-4816 (Phone)
(512) 302-4936 (Fax)
E-mail: mbachop@disabilityrightstx.org

SEAN JACKSON
State Bar No. 24057550

DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(713) 974-7691 (Phone)
(713) 974-7695 (Fax)
E-mail: sjackson@disabilityrightstx.org

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

    I certify that on this 6th of April, 2011, I conferred with Mr. Eric Vinson, and he does not oppose Matt Bachop's Motion to Withdraw as Attorney in Charge.

                                                      _____/s/_____
                                                      MATT BACHOP


**CERTIFICATE OF SERVICE**

    I certify that on this 6th of April, 2011, a true and correct copy of the foregoing document was sent, via the Court's ECF system, to Defendants' attorney of record, Mr. Eric Vinson.

                                                        _____/s/_____
                                                      MATT BACHOP